## People of the State of Illinois ex rel. John S. Rusch, Appellee, v. John Garbacz et al., Appellants.

Gen. No. 41,336.

opinion filed March 31, 1941. Helen M. Cirese, for appellants; Clyde C. Fisher, of counsel; Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel. Opinion by Justice McSurely. "Not to be published in full."